UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00798-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AS UNNECCESARY AND MOOT<br><br>[ECF No. 11] |

　　　Plaintiff Preston Taylor is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Plaintiff's motion for leave to file an amended complaint, filed on July 17, 2020.

　　　On June 23, 2020, the Court screened Plaintiff's complaint, found that he stated a cognizable for excessive force against Defendant P. Turner and a cognizable deliberate indifference claim against Defendant John Doe, and granted him leave to file an amended complaint or notify the Court of his intent to proceed on the claims found to be cognizable.  (ECF No. 8.)

　　　On July 17, 2020, Plaintiff filed a motion for leave to file an amended complaint.  (ECF No. 11.)  On July 2020, Plaintiff filed a first amended complaint. (ECF No. 12.)

///

1

Plaintiff is advised that he was previously granted leave to amend and permission is not necessary.  In addition, Plaintiff is advised that the Court will screen his amended complaint in due course, and as stated in the Court's June 23, 2020 order, an amended complaint supersedes the prior complaint and it must be complete in itself.  (ECF No. 8 at 8.)

Accordingly, Plaintiff's motion for leave to file an amended complaint is denied as unnecessary and moot.

IT IS SO ORDERED.

Dated:   **July 21, 2020**

UNITED STATES MAGISTRATE JUDGE