UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00798-NONE-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION TO WITHDRAW THE FIRST AMENDED COMPLAINT BE GRANTED, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>[ECF Nos. 8, 12, 14] |

Plaintiff Preston Taylor is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 23, 2020, the undersigned screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim for excessive force against Defendant P. Turner and a cognizable claim for deliberate indifference to a serious medical need against Defendant John Doe. (ECF No. 8.) However, Plaintiff was advised that he failed to state any other cognizable claims. (Id.) Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claim found to be cognizable. (Id.)

On July 17, 2020, Plaintiff filed a motion for leave to file a first amended complaint, along with a first amended complaint. (ECF Nos. 11, 12.)

///

On July 22, 2020, the Court denied Plaintiff's motion for leave to file an amended complaint as unnecessary and moot.  (ECF No. 13.)

On July 31, 2020, Plaintiff filed a notice indicating that he wishes to proceed on the claims found to be cognizable in the screening order, to dismiss all other claims and defendants, and to withdraw his first amended complaint.  (ECF No. 14.)

Based on Plaintiff's July 31, 2020 notice, the Court will recommend that this action proceed against Defendant P. Turner for excessive force and against Defendant John Doe for deliberate indifference to a serious medical need.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).  The Court will also recommend that Plaintiff's request to withdraw the first amended complaint filed on July 17, 2020, be granted.

Accordingly, based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendant P. Turner for excessive force and against Defendant John Doe for deliberate indifference to a serious medical need in violation of the Eighth Amendment;
2. All other claims and defendants be dismissed for failure to state a cognizable claim for relief; and
3. Plaintiff's request to withdraw the first amended complaint filed on July 17, 2020, be granted.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may

///
///
///
///

2

result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 5, 2020**

UNITED STATES MAGISTRATE JUDGE