UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00798-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 15) |

　　　　Plaintiff Preston Taylor is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 5, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed against defendant P. Turner on plaintiff's claim for excessive use of force and against defendant John Doe on plaintiff's claim for deliberate indifference to a serious medical need in violation of the Eighth Amendment, and that all other claims and defendants be dismissed from the action. (Doc. No. 15.)  Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds both findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 5, 2020 (Doc. No. 15) are adopted in full;
2. This action shall proceed against defendant P. Turner on plaintiff's claim for excessive use of force and against defendant John Doe on plaintiff's claim for deliberate indifference to a serious medical need in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed from the action; and
4. Plaintiff's request to withdraw the first amended complaint filed on July 17, 2020, is GRANTED.

IT IS SO ORDERED.

Dated: **September 21, 2020**

_____
UNITED STATES DISTRICT JUDGE