UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00798-NONE-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE PRESTON TAYLOR, CDCR #AE-1619 |

Plaintiff Preston Taylor is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on February 18, 2021. Inmate Preston Taylor, CDCR #AE-1619 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __February 18, 2021__         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

1