**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRESTON TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00798-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 35) |

Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 17, 2021, the parties filed a stipulation to modify the scheduling order. (ECF No. 35.)

Good cause having bene presented, it is HEREBY ORDERED that the deadline to amend the pleadings is extended to October 18, 2021, the discovery deadline is extended to December 14, 2021, the dispositive motion deadline is extended to February 24, 2021. All other substantive provisions of the Court's February 19, 2021 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**August 18, 2021**__

                                      UNITED STATES MAGISTRATE JUDGE