UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00798-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS<br><br>(ECF No. 39) |

　　　Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On October 18, 2021, the parties submitted a stipulation to extend the deadline to amend the pleadings to November 1, 2021. Good cause having been presented, the deadline to amend the pleading is extended to November 1, 2021.

IT IS SO ORDERED.

Dated: __October 19, 2021__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1