# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00798-NONE-SAB (PC)<br><br>ORDER RE STIPULATED REQUEST TO TAKE DEFENDANT'S DEPOSITION<br><br>(ECF No. 48) |

Plaintiff Preston Taylor, represented by counsel and proceeding *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is the parties' stipulated request, filed December 21, 2021, for Plaintiff to take Defendant P. Turner's deposition on or before March 1, 2022. (ECF No. 48.) The parties acknowledge that discovery closed on December 14, 2021, but nevertheless proffer good cause exists to grant the request. The parties assert Plaintiff will meet and confer with Defendant regarding the date of the requested deposition and to give reasonable notice (no less than two weeks). The Court finds good cause exists to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request (ECF No. 48) is GRANTED;

1

2. Plaintiff may take Defendant P. Turner's deposition on or before March 1, 2022; and

3. Plaintiff shall meet and confer regarding the date of the deposition and shall give reasonable notice of no less than two weeks to Defendant of the deposition.

IT IS SO ORDERED.

Dated: __**December 21, 2021**__

UNITED STATES MAGISTRATE JUDGE