UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>         Defendants. | Case No.: 1:20-cv-00798-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO MODIFY THE SCHEDUILNG ORDER TO TAKE DEFENDANT TURNER'S DEPOSITION<br><br>(ECF No. 59) |

Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 18, 2022, the parties filed a stipulation to modify the scheduling order to take Defendant Turner's deposition. (ECF No. 59.)

Good cause having been presented, it is HEREBY ORDERED that:

1. The cut-off date for Plaintiff to take Defendant Turner's deposition is extended to April 15, 2022;

2. The parties shall meet and confer regarding the date of said deposition, and Plaintiff shall give reasonable notice (no less than 2 weeks) to Defendant Turner of the deposition; and

1

3. All other provisions of the Court's February 19, 2021 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **February 18, 2022**

UNITED STATES MAGISTRATE JUDGE