UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. TURNER, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00798-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 44, 50, 57) |

Plaintiff Preston Taylor is a state prisoner proceeding with counsel and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for leave to file an amended complaint (Doc. No. 44) and motion to reopen discovery (Doc. No. 50) be granted as to lieutenant E. Burden but denied as to nurse Smith. (Doc. No. 57.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 10.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 19, 2022 (Doc. No. 57) are adopted in full;

2. Plaintiff's motion for leave to file an amended the complaint (Doc. No. 44) is granted as to lieutenant E. Burden but denied as to nurse Smith;

3. Within seven (7) days from the date of service of this order, plaintiff may file a first amended complaint in compliance with this order;

4. Plaintiff's motion to reopen discovery (Doc. No. 50) for the limited purpose of taking the deposition of lieutenant E. Burden is granted, but the motion is denied as to the limited purpose of taking the deposition of nurse Smith; and

5. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **March 17, 2022**            /s/ Dale A. Drozd
                                       UNITED STATES DISTRICT JUDGE

2