# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-00798-DAD-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEEM SECOND AMENDED COMPLAINT AS OPERATIVE COMPLAINT<br><br>(ECF No. 65) |

  Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

  On April 8, 2022, the parties filed a stipulation to strike Plaintiff's first amended complaint and deem the second amended complaint, filed on March 25, 2022, as the operative complaint.

  Based on the parties stipulation, it is HEREBY ORDERED that:

1. The first amended complaint (ECF No. 62), filed on March 22, 2022 is stricken from the record; and
2. The second amended complaint (ECF No. 64) is the operative complaint in this action.

IT IS SO ORDERED.

Dated: **April 8, 2022**

                UNITED STATES MAGISTRATE JUDGE

1