UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00798-DAD-SAB (PC)<br><br>ORDER SETTING NEW DEADLINES FOLLOWING AMENDMENT OF THE COMPLAINT<br><br>(ECF Nos. 61, 67) |

    Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action is proceeding against Defendants Turner for excessive force and against Defendant Burden (formerly identified as John Doe) for deliberate indifference to a serious medical need.

    On March 17, 2022, the Court granted Plaintiff's motion to amend the complaint to substitute Defendant Burden in place of the Doe Defendant and granted Plaintiff's motion to reopen discovery for the limited purpose of taking Defendant Burden's deposition. (ECF No. 61.)

    On March 25, 2022, Plaintiff filed an amended complaint. (ECF No. 64.)

    On April 14, 2022, Defendant Burden filed an answer to the amended complaint. (ECF No. 67.)

///

In light of the foregoing, it is HEREBY ORDERED that:

1. Discovery is reopened until **June 17, 2022** for the limited purpose of taking Defendant Burden's deposition;
2. The deadline to file an exhaustion motion for summary judgment is extended to **July 18, 2022**;
3. The dispositive motion deadline is extended to **September 16, 2022**; and
4. All other substantive provisions of the Court's February 19, 2021 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **April 18, 2022**

UNITED STATES MAGISTRATE JUDGE

2