1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRESTON TAYLOR,<br><br>       Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>       Defendants. | Case No.: 1:20-cv-00798-DAD-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE, TO RE-FILING WITH PROPER <u>RAND</u> NOTICE<br><br>(ECF No. 69) |

Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 18, 2022, Defendants filed a motion for summary judgment.

In <u>Woods v. Carey</u>, 684 F.3d 934, 939 (9th Cir. 2012), the Ninth Circuit held that a pro se prisoner plaintiff must be provided with "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion is brought.  Review of Defendants' motion reveals that they did not provide Plaintiff with a <u>Rand</u> notice upon the filing of the motion for summary judgment.  See <u>Rand v. Rowland</u>, 154 F.3d 952 (9th Cir. 1998).  In particular, Defendants failed to advise Plaintiff of the contents of the Federal Rule of Civil Procedure 56 and the applicable Eastern District of California Local Rule requirements, *i.e.*, Local Rule 260.  <u>Rand</u>, at 961.  Accordingly, the Court must deny the

1

entire motion, without prejudice, because the Rand notice is required to be filed simultaneously with the motion.  Id. at 960.

Accordingly, IT IS HEREBY ORDERED that:

1.    Defendants' motion for summary judgment (ECF No. 69) is DENIED WITHOUT PREJUDICE;

2.    Defendants are granted an extension of time, shall file the motion for summary judgment within **seven (7) days** of the date of entry of this order, and shall provide Plaintiff with the appropriate Rand notice; and

3.    After the time for Defendants to file a properly noticed motion for summary judgment, Plaintiff has thirty (30) days to file a response.

IT IS SO ORDERED.

Dated:  __**July 20, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE

2