# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER VACATING NOVEMBER 2, 2022 HEARING DATE<br><br>(ECF No. 77) |

Plaintiff Preston Taylor is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 22, 2022, Defendant Turner filed a motion for summary judgment and noticed the motion for oral argument on November 2, 2022, at 10:00 a.m. The hearing date of November 2, 2022, is VACATED, as the motion is deemed submitted without oral argument pursuant to Local Rule 230(l). The Court will issue Findings and Recommendation on Defendant's motion for summary judgment in due course.

IT IS SO ORDERED.

Dated: **October 20, 2022**

UNITED STATES MAGISTRATE JUDGE

1