UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br><br>　　　　Defendants. | Case No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT BURDEN'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING DEFENDANT BURDEN, WITHOUT PREJUDICE<br><br>(ECF No. 71, 74) |

Plaintiff Preston Taylor is proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2022, the assigned United States Magistrate Judge issued findings and recommendations recommending Defendant Lieutenant E. Burden's motion for summary judgment be granted due to Plaintiff's undisputed failure to exhaust administrative remedies prior to filing his 42 U.S.C. § 1983 civil rights action. (ECF No. 74.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.*) No objections were filed and the time to do has expired.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 31, 2022 (ECF No. 74), are adopted in full;
2. Defendant Burden's motion for summary judgment for failure to exhaust administrative remedies (ECF No. 71), is granted;
3. Defendant Burden is dismissed from this action, without prejudice.

IT IS SO ORDERED.

Dated:   November 2, 2022

_____
UNITED STATES DISTRICT JUDGE