UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>                 Plaintiff,<br><br>v.<br><br>P. TURNER,<br><br>                 Defendant. | Case No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE PRESTON TAYLOR**, CDCR # AE1619<br><br>DATE: July 27, 2023<br>TIME:  9:30 a.m. |

**Inmate Preston Taylor, CDCR # AE1619**, a necessary and material witness on his behalf in a settlement conference on July 27, 2023, at 9:30 a.m., is confined at Centinela State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on July 27, 2023, at 9:30 a.m.**

       **ACCORDINGLY, IT IS ORDERED that:**

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

       **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       **To: The Warden of Centinela State Prison:**

       **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **June 26, 2023**



UNITED STATES MAGISTRATE JUDGE