# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>　　　　Defendants. | Case No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO EXCUSE APPEARANCE OF INDIVIDUAL DEFENDANT AND STAFF COUNSEL AT SETTLEMENT CONFERENCE<br><br>(ECF No. 104) |

　　　　Plaintiff Preston Taylor is proceeding through counsel and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently set for a video settlement conference, via the Zoom videoconferencing application, before the undersigned, on Thursday, July 27, 2023, at 9:30 a.m. (ECF No. 101.)

　　　　On July 20, 2023, Defendant Turner filed a request to excuse his appearance and the appearance of staff counsel from the Office of Legal Affairs for the California Department of Corrections and Rehabilitation at the settlement conference. (ECF No. 104.) Defendant states that he is expected to work that day, and appearing will cause him significant hardship and divert him from his important daily responsibilities as correctional staff. Further, excusing the appearance of staff counsel will avoid the expense and lost productivity associated with an appearance at the settlement conference. Deputy Attorneys General Duan and Seuell will

represent Defendant at the settlement conference and will have full monetary authority for settlement. (*Id.*)

Plaintiff has not yet had the opportunity to respond, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, Defendant's request is granted in part and denied in part. Defendant's appearance is excused. However, staff counsel from the Office of Legal Affairs shall attend the settlement conference, to ensure full and complete settlement authority. The Court further finds that Plaintiff will not be prejudiced by excusing Defendant's personal appearance at the settlement conference.

Accordingly, Defendant's request to excuse appearance of individual defendant and staff counsel at settlement conference, (ECF No. 104), is HEREBY GRANTED IN PART and DENIED IN PART, as discussed above.

IT IS SO ORDERED.

Dated:  **July 21, 2023**         /s/ *Barbara A. McAuliffe*  
                    UNITED STATES MAGISTRATE JUDGE

2