# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>              Plaintiff,<br><br>     v.<br><br>P. TURNER,<br><br>              Defendant. | Case No. 1:20-CV-0798-ADA-SAB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 101) |

The Court conducted a settlement conference in this action on July 27, 2023, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositive documents within thirty (30) days of entry of this order; and

3. The Court shall retain jurisdiction for seven (7) months from the date of this order.

IT IS SO ORDERED.

Dated: **July 27, 2023**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1