1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10

11   PRESTON TAYLOR,                          No.  1:20-cv-00798-ADA-SAB (PC)

12                 Plaintiff,                 ORDER DISCHARGING WRIT OF HABEAS
                                              CORPUS AD TESTIFICANDUM AS TO
13        v.                                  INMATE PRESTON TAYLOR

14   P. TURNER,                               (ECF No. 102)

15                 Defendant.

16

17        A settlement conference in this matter commenced on July 27, 2023, inmate Preston

18   TAYLOR, CDCR Inmate No. AE-1619, is no longer needed by the Court as a participant in these

19   proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY

20   DISCHARGED.
     IT IS SO ORDERED.
21

22     Dated:   **July 27, 2023**              ___ /s/ *Barbara A. McAuliffe* ___
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                          1