UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No.  1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER FOR PARTIES TO SHOW CAUSE REGARDING FILING OF DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 107, 109) |

Plaintiff is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 27, 2023, the parties reached a settlement agreement which was placed on the record, and the parties were directed to file dispositional documents within thirty days, i.e., on or before August 28, 2023. (ECF No. 107, 109.)  To date, no dispositional documents have been filed and deadline has passed.  Accordingly, within **three (3) days** from the date of service of this order, the parties shall show cause as to why the dispositional documents were not filed on or August 28, 28, 2023.

IT IS SO ORDERED.

Dated:  **September 5, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1