UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF SEVEN DAYS TO FILE REQUEST FOR ATTORNEYS' FEES AND COSTS<br><br>(ECF No. 112.) |

Plaintiff is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 27, 2023, the parties reached a settlement agreement which was placed on the record, and the parties were directed to file dispositional documents within thirty days, i.e., on or before August 28, 2023. (ECF No. 107, 109.) After the parties failed to timely file the dispositional documents, the Court issued an order to show cause on September 5, 2023. (ECF No. 110.) Defendant filed a response on September 7, 2023, and Plaintiff filed a response on September 8, 2023. (ECF Nos. 111, 112.) The parties submit that the dispositional documents were not filed because they were in discussions as to the appropriate language regarding attorneys' fees and costs. (Id.) Plaintiff submits that "Defendant has agreed to modify the

1

settlement language to pay Plaintiff's attorneys prior to payment of restitution and fees currently on Plaintiff's trust account, if the Court issues an order approving Plaintiff's reasonable attorneys' fees and costs. Accordingly, Plaintiff will promptly file an attorneys' fees motion." (ECF No. 112.)  Plaintiff has not yet filed a request for attorneys' fees.  Therefore, if Plaintiff wishes the Court to consider the request for attorney's fees, it is HEREBY ORDERED that the motion shall be filed within **seven (7) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 18, 2023**                                    _____
                                                                                        UNITED STATES MAGISTRATE JUDGE