UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 110, 113) |

       Plaintiff is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

       On July 27, 2023, the parties reached a settlement agreement which was placed on the record, and the parties were directed to file dispositional documents within thirty days, i.e., on or before August 28, 2023. (ECF No. 107, 109.) After the parties failed to timely file the dispositional documents, the Court issued an order to show cause on September 5, 2023. (ECF No. 110.) Defendant filed a response on September 7, 2023, and Plaintiff filed a response on September 8, 2023. (ECF Nos. 111, 112.) The parties submitted that the dispositional documents were not filed because they were in discussions as to the appropriate language regarding attorneys' fees and costs. (Id.) Plaintiff submitted that "Defendant has agreed to modify the

settlement language to pay Plaintiff's attorneys prior to payment of restitution and fees currently on Plaintiff's trust account, if the Court issues an order approving Plaintiff's reasonable attorneys' fees and costs. Accordingly, Plaintiff will promptly file an attorneys' fees motion." (ECF No. 112.)

On September 18, 2023, the Court granted Plaintiff seven days to file the request for attorneys' fees, i.e. on or before September 25, 2023. (ECF No. 113.) Plaintiff has not filed a request for attorneys' fees and the time to do has passed.

Because the parties have yet to file dispositional documents and this action cannot simply remain idle on Court's docket, unprosecuted, it is HEREBY ORDERED that within **seven (7)** days from the date of service of this order, the parties shall show cause why sanctions should not be imposed for failure file dispositional documents.

IT IS SO ORDERED.

Dated:   **October 3, 2023**

UNITED STATES MAGISTRATE JUDGE