UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00798-ADA-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 114)<br><br>ORDER VACATING **NOVEMBER 20, 2023** HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS<br><br>(ECF No. 116) |

Plaintiff is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 27, 2023, the parties reached a settlement agreement which was placed on the record, and the parties were directed to file dispositional documents within thirty days, i.e., on or before August 28, 2023. (ECF No. 107, 109.) After the parties failed to timely file the dispositional documents, the Court issued an order to show cause on September 5, 2023. (ECF No. 110.) Defendant filed a response on September 7, 2023, and Plaintiff filed a response on September 8, 2023. (ECF Nos. 111, 112.) The parties submitted that the dispositional documents were not filed because they were in discussions as to the appropriate language regarding attorneys' fees and costs. (Id.) Plaintiff submitted that "Defendant has agreed to modify the

1

settlement language to pay Plaintiff's attorneys prior to payment of restitution and fees currently on Plaintiff's trust account, if the Court issues an order approving Plaintiff's reasonable attorneys' fees and costs. Accordingly, Plaintiff will promptly file an attorneys' fees motion." (ECF No. 112.)

On September 18, 2023, the Court granted Plaintiff seven days to file the request for attorneys' fees, i.e. on or before September 25, 2023. (ECF No. 113.) After Plaintiff did not file the request for attorneys' fees, the Court issued a second order to show cause on October 4, 2023. (ECF No. 114.)

Defendant filed a response to the order to show cause on October 4, 2023, and Plaintiff filed a response on October 10, 2023, along with a motion for attorney fees and costs. (ECF Nos. 116, 117.) Based on the parties responses and on the basis of good cause, the Court will discharge the order to show cause issued on October 4, 2023.

In addition, Plaintiff is advised that although he is no longer proceeding pro se in this case, Local Rule 230(l), rather than 230(b), still applies to the motion practice for this case, unless otherwise ordered by the Court. Because the Court has not ordered otherwise, Local Rule 230(l) applies, and the Court will vacate the hearing scheduled for November 20, 2023, and Findings and Recommendations on the motion for attorney fees will issue in due course. 28 U.S.C. § 636(b)(1)(B); Local Rule 302.

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause issued on October 4, 2023, is DISCHARGED;
2. The November 20, 2023, hearing date is VACATED; and
3. The Court will issue Findings and Recommendations on Plaintiff's motion for attorney fees in due course.

IT IS SO ORDERED.

Dated:   **October 11, 2023**

UNITED STATES MAGISTRATE JUDGE

2