UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00798-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 122)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 116) |

Plaintiff is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 15, 2023, the parties submitted a stipulation consented to United States Magistrate Judge jurisdiction. (ECF No. 124.) The case was therefore reassigned to Magistrate Judge Stanley A. Boone on December 21, 2023, for all purposes. (ECF No. 125.)

On October 31, 2023, Findings and Recommendations were issued to grant Plaintiff's motion for attorney fees, which have not been ruled on by a District Judge. (ECF No. 122.) As noted above, all parties have consented to Magistrate Judge jurisdiction. Accordingly, the Findings and Recommendations will be vacated and Plaintiff's motion is now before the undersigned for ruling.

///

**I.**

**BACKGROUND**

On July 27, 2023, the parties reached a settlement agreement which was placed on the record, and the parties were directed to file dispositional documents within thirty days, i.e., on or before August 28, 2023.  (ECF No. 107, 109.)   After the parties failed to timely file the dispositional documents, the Court issued an order to show cause on September 5, 2023.  (ECF No. 110.)  Defendant filed a response on September 7, 2023, and Plaintiff filed a response on September 8, 2023.  (ECF Nos. 111, 112.)  The parties submitted that the dispositional documents were not filed because they were in discussions as to the appropriate language regarding attorneys' fees and costs.  (Id.)

On October 10, 2023, Plaintiff filed a motion for attorneys' fees and costs.  (ECF No. 116.)  Defendant filed a response on October 18, 2023.  (ECF No. 121.)

**II.**

**DISCUSSION**

On April 12, 2021, Plaintiff Taylor retained PLC Law Group, APC to represent him in this lawsuit. (Declaration of Na'Shaun L. Neal (Neal Decl.) ¶ 2.)  Plaintiff entered into a contingency agreement where he agreed to pay for the services of PLC Law Group, APC if he successfully recovers any proceeds. The attorney fee was 40% of the total recovery. (Neal Decl. ¶ 2.)  Plaintiff also agreed to pay cost. (Neal Decl. ¶ 2.)

On July 27, 2023, Plaintiff agreed with Defendant to settle this litigation in the amount of $12,500. (Neal Decl. ¶ 3.) Plaintiff now seeks a Court order for reasonable attorney fees and cost pursuant to Plaintiff's retainer agreement with PLC Law Group, APC. Plaintiff's requested attorney fees is $5,000.

Plaintiff's  request recovery of advance cost is $3,728.15.  Plaintiff's counsel exhausted 163 hours on this matter. Plaintiff's counsel billable rate for the attorneys on this matter are $500 (Jr. Associate) and $750 (Sr. Associate).

When calculating an award of attorneys' fees, a district court generally uses the "lodestar" method. See Caudle v. Bristow Optical Co., 224 F.3d 1014, 1028-29 (9th Cir. 2000) (citing

1  Morales v. City of San Rafael, 96 F.3d 359, 363 (9th Cir. 1996) and Kerr v. Screen Extras Guild,
2  Inc., 526 F.2d 67, 70 (9th Cir. 1975)). The lodestar is calculated by multiplying the number of
3  hours counsel worked by a reasonable hourly rate. See Caudle, 224 F.3d at 1028-29. After
4  computing the lodestar, the district court assesses whether additional considerations require
5  adjusting the figure. Id.

6      Here, counsels for Plaintiff expended 163 hours on this case through July 2023, resulting
7  in $91.500.00 attorney fees. (ECF No. 116-1 at 3-4.) However, Plaintiff only seeks an order for
8  attorney fees in the amount of $5,000 (40% of $12,500 per retainer agreement), and $3,728.15 in
9  costs, totaling $8,728.15. Defendants agrees to Plaintiff's motion seeking $8,728.15 per the
10 settlement agreement. (ECF No. 121.)

11     Per the terms of the settlement agreement and the reasonableness of Plaintiff's counsel's
12 attorneys' fees and costs, Plaintiff's motion shall be granted pursuant to California Penal section
13 2085.8(a).

## III.
## ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 31, 2023 (ECF No. 122) are VACATED;
2. Plaintiff's motion for attorneys' fees and costs filed on October 10, 2023 (ECF No. 116) is granted in the amount of $8.728.15; and
3. Within twenty (20) days from the date of service of this order, the parties shall submit a joint stipulation for dismissal of the action.

IT IS SO ORDERED.

Dated:  **December 22, 2023**

UNITED STATES MAGISTRATE JUDGE

3