UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00798-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 127) |

　　　　Plaintiff is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On December 28, 2023, the parties filed a stipulation for voluntary dismissal of the action with prejudice with each party bearing its own litigation costs and attorneys' fees.[1] (ECF No. 127.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

///

///

---

[1] The Court notes that on December 22, 2023, the Court granted Plaintiff's motion for attorneys' fees and costs (ECF No. 116) in the amount of $8,728.15 pursuant to the parties' settlement agreement. (ECF No. 126.)

1

1   Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2 case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 29, 2023**

UNITED STATES MAGISTRATE JUDGE